BEFORE: WILLIAM D. WALL  
UNITED STATES MAGISTRATE JUDGE  
DATE: 12/19/2013  
TIME: 11:00

FILED  
CLERK  
12/19/2013 3:34 pm  
U.S. DISTRICT COURT  
EASTERN DISTRICT OF NEW YORK  
LONG ISLAND OFFICE

## CRIMINAL CAUSE FOR Arraignment

**DOCKET No. 13CR233**

**DEFENDANT:** Mona Owens     **DEF. # 1**
- ✓ Present   ☐ Not Present   ☐ Custody   ✓ Bail/Surrender

**DEFENSE COUNSEL:** Randi Chavis
- ✓ Federal Defender   ☐ CJA   ☐ Retained

**A.U.S.A.:** Demetri Jones for Michael Canty

**INTERPRETER:** 0

**PROBATION OFFICER/PRETRIAL:** _____

**COURT REPORTER / FTR LOG :** 11:17- 11:23     **MAGISTRATE DEPUTY:** K. Gandiosi

---

- ✓ Case called   ✓ Counsel for all sides present
- ☐ Removal Proceeding. Other District: _____
- ✓ Initial Appearance and Arraignment
- ✓ Not guilty plea entered.
- Preliminary Hearing:   ☐ Waived;   ☐ Set for _____.
- ✓ Waiver of Speedy Indictment/Trial executed; time excluded from 12/19/13 through 1/14/14.
- ☐ Order Setting Conditions of Release and Bond entered.
- ☐ Permanent Order of Detention entered.
- ☐ Temporary Order of Detention entered.
    - ☐ Detention Hearing scheduled for: _____
- ☐ Bail Hearing held. Disposition: _____
- ✓ Next Court appearance scheduled for 1/14/14 @ 12:00 pm

Defendant ✓ Released on Bond;   ☐ Remains in Custody.

OTHER: _____