BEFORE: WILLIAM D. WALL  DATE: 1/14/2014
UNITED STATES MAGISTRATE JUDGE  TIME: 12:00

FILED
CLERK
1/14/2014 1:53 pm
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

## CRIMINAL CAUSE FOR GUILTY PLEA

DOCKET No.   13-233 (SJF)

**DEFENDANT:** MONA OWENS        DEF. #
✓ Present   ❏ Not Present   ❏ Custody   ✓ Bail/Surrender

**DEFENSE COUNSEL**: Randi Chavis
✓ Federal Defender   ❏ CJA   ❏ Retained

**A.U.S.A.**: Michael Canty

INTERPRETER:  N/A --

PROBATION OFFICER/PRETRIAL: _____

COURT REPORTER/FTR LOG: 12:07-12:19        MAGISTRATE DEPUTY: K. Gandiosi

✓ Case called      ✓ Counsel for all sides present

❏ Defendant is sworn, arraigned, informed of his rights, and waives trial before District Court

✓ Defendant enters a Plea of Guilty to Count(s) __1__ of the Information

✓ Court finds a factual basis for the plea and accepts it

Sentencing:   ❏ Set for _____ before Judge _____
              ✓ To be determined/set by probation

Defendant:    ❏ Continued in Custody
              ✓ Bail Continued

✓ Transcript ordered

OTHER:  Upon defendant's consent to proceed before a United States Magistrate Judge, Magistrate Judge Wall, having administered the allocution and finding that the plea was knowingly and voluntarily made and not coerced, recommends that the plea of guilty be accepted by the District Judge.