# Federal Defenders
## OF NEW YORK, INC.

Eastern District
Long Island Federal Courthouse
770 Federal Plaza, Central Islip, NY 11722
Tel: (631) 712-6500 Fax: (631) 712-6505

David E. Patton
*Executive Director*

*Long Island*
Randi L. Chavis
*Attorney-in-Charge*

May 13, 2014

Honorable Sandra J. Feuerstein
United States District Judge
1014 Federal Plaza
Central Islip, New York 11722

Re: <u>United States v. Mona Owens</u>
Docket Number: 13 CR 233

Dear Judge Feuerstein:

I represent Mona Owens in the above captioned case scheduled for sentencing on May 14, 2014. I am requesting an adjournment as I need additional time to prepare for sentencing. AUSA Michael Canty has no objections to this request.

Respectfully submitted,

Randi L. Chavis

cc: AUSA Michael Canty