UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------
UNITED STATES OF AMERICA,

-vs-

MONA OWENS,

---------------------------------------------------------------

FEUERSTEIN, J.

**ORDER**

CR- 13-233   (SJF)

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★   JUN 05 2014   ★

LONG ISLAND OFFICE

I adopt the recommendation of the Magistrate Judge that the plea was knowingly and voluntarily entered by the defendant, with a full understanding of her rights and the consequences of the plea of which there is a factual basis. I therefore accept the plea of guilty.

SO ORDERED

s/ Sandra J. Feuerstein

SANDRA J. FEUERSTEIN, U.S.D.J.

DATED:   Central Islip, N.Y.
         June 5, 2014