# CRIMINAL CAUSE FOR SENTENCING

BEFORE JUDGE FEUERSTEIN   July 16, 2014   TIME: 60 min

CR- 13-233

DEFT NAME: **Mona Owens**

    X present    not present    cust.     X bail

DEFENSE COUNSEL: **R, Chavis**

    X present    not present    CJA    RET.    X LAS

**A.U.S.A.: M. Kanty**   CLERK: BMM

COURT REPORTER: H. Rapaport   OTHER: USPO -

INT: (LANG.-   )

- X  CASE CALLED.
- X  SENTENCING HELD   ___ SENTENCING ADJ'D TO
- x  STATEMENTS OF DEFT AND COUNSEL HEARD.
- x  DEFT SENTENCED ON COUNT(S) One(1) of the Information

SENTENCE TEXT: Defendant sentenced to Three (3) Years Probation.

REMAINING OPEN COUNTS ARE DISMISSED ON   _ GOVTS MOTION

                                                                                         _ COURT'S MOTION

- X  ***COURT ADVISED DEFT OF RIGHT TO APPEAL.***   _ I.F.P. GRANTED.
- __ ***DEFT WAIVED RIGHT TO APPEAL IN PLEA AGREEMENT.***
- __ DEFT REMANDED.   ___ DEFT ON BAIL PENDING APPEAL.

**OTHER:  Restitution imposed in the amount of $72,823.00**

FILED
IN CLERK'S OFFICE
US DISTRICT COURT EDNY
★ JUL 16 2014 ★
LONG ISLAND OFFICE